Date: 06/21/11

Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 10-14645 - ROOP, COLEEN ROSE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Asset Acceptance, LLC**<br>PO Box 2036<br>Warren, MI 48090 | 000002 | 139.19 | 4.59 |
| Remittance Total | | 139.19 | 4.59 |

LAUREN A. HELBLING, Trustee

CHK #105
152551

FILED 2011 JUN 23 PM 12:17
[court stamp - Northern District of Ohio, Cleveland]

Printed: 06/21/11 03:27 PM  Ver: 16.02b

COURT 10-14645-rb   Doc 36   FILED 06/23/11   ENTERED 06/23/11 13:15:21   Page 1 of 1